UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAFAEL GURROLA,

               Petitioner,

    v.

PAMELA BONDI, et al.,

               Respondents.

No. 1:26-cv-00164-DJC-EFB (HC)

ORDER

Petitioner proceeds with this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The District Judge has granted preliminary injunctive relief ordering petitioner's release from immigration detention and referred the matter to the undersigned magistrate judge. ECF No. 7.

On February 9, 2026, the court ordered respondents to file a return or other response to the petition within 20 days. ECF No. 8. No response has been filed. Accordingly, it is hereby ORDERED that respondents shall file a return or other response to the petition within 7 days of the date of this order. Failure to timely file a response will be construed as a non-opposition to the granting of the petition. E.D. Cal. L. R. 230(c).

Dated: May 26, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1